UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORIO MUÑOZ, an individual, ROSA MUÑOZ, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>Defendants. | Case No.: 23-cv-00403-JAH-NLS<br><br>**ORDER GRANTING JOINT MOTION TO REMAND TO STATE COURT**<br><br>**(ECF No. 11).** |

On October 6, 2022, Plaintiffs Gregorio Muñoz and Rosa Muñoz filed a complaint in the Superior Court of California, County of San Diego against Defendants State of California, the California Department of Transportation, and U.S. Customs and Border Protection.[1] (""Compl.", ECF No. 1-2). The action was subsequently removed to this Court on March 3, 2023. (ECF No. 1).

---

[1]  Plaintiffs' Complaint names the State of California, California Department of Transportation, and U.S. Customs and Border Protection as three individual defendants, while Plaintiffs' latest filing names the State of California, acting by and through the Department of Transportation as a single defendant. (*See* ECF No. 11 at ¶ 2).

1

On May 19, 2023, Plaintiffs voluntarily dismissed Defendant U.S. Customs and Border Protection, (ECF No. 9), and Plaintiffs and the remaining Defendant filed a joint motion, captioned as a joint stipulation,[2] to remand the action back to state court. (ECF No. 11).  Upon consideration of the motion, IT IS HEREBY ORDERED that the joint motion is GRANTED, and the action is remanded to the Superior Court of California, County of San Diego as *Muñoz v. California Department of Transportation et. al*, Case No. 37-2022-00040197-CU-PO-CTL.

**IT IS SO ORDERED.**

DATED: May 22, 2023

_____
JOHN A. HOUSTON
UNITED STATES DISTRICT JUDGE

---

[2]   "Any stipulation for which court approval is sought must first be filed as a 'joint motion.'"  CivLR 7.2.b.